```
                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF NEW YORK
```

MALIK AZ'REAL MOSBY,           )
                               )
     Plaintiff,                ) Civil Action No. 9:06-CV-01165-
                               )JMH
v.                             )
                               )
MARSHALL TRABOUT, et al.,      )
                               )              **ORDER**
     Defendants.               )


                    **       **       **       **       **

HOOD, J.

      Plaintiff has filed a document which has been construed as a motion for default judgement pursuant to Fed. R. Civ. P. 55(b)(2) [Dkt. Nos. 93 and 98]. Defendant Marshall Trabout, M.D. has now moved the Court to set aside the default previously entered [Dkt. No. 105].  United States Magistrate Judge George H. Lowe to whom this matter has been referred for initial consideration has filed his Report and Recommendation [Dkt. No. 113] to which Plaintiff has filed objections [Dkt. No. 114].  Having considered the matter *de novo* in light of Plaintiff's objections, and being advised:

      **IT IS ORDERED** herein as follows:

      (1) that Defendant Trabout's motion to set aside the default [Dkt. No.105] be, and the same hereby is, **GRANTED** inasmuch as it is well-settled in the Second Circuit that defaults are not favored, and that there is a strong preference for resolving disputes on their merits.  *Brien v. Kullman Indus., Inc.*, 71 F.3d 1073, 1077

(2d Cir. 1995).

(2) that Plaintiff's motion for default judgment [Dkt. Nos. 93 and 98] be, and the same hereby is, **DENIED AS MOOT.**

(3) that Plaintiff's motion for an order directing the United States Marshal to bring Defendant to court [Dkt. No. 101] be, and the same hereby is, **DENIED AS MOOT.**

This the 24th day of January, 2011.

**Sitting by Designation**

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge